UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA       :
                               :
v.                             :    Case No. 8:94-CR-268-T-24TBM
                               :
ROBERT HARRIS                  :

## SATISFACTION OF JUDGMENT

The special assessment and restitution imposed upon defendant Robert Harris by the criminal judgment filed herein on March 28, 1995, in the above-entitled cause has been paid. The Clerk of the United States District Court for the Middle District of Florida is hereby authorized and empowered to record this satisfaction of judgment as it pertains to the special assessment and criminal restitution ordered in this case.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:  s/ Suzanne C. Nebesky
     SUZANNE C. NEBESKY
     Assistant United States Attorney
     Florida Bar Number 59377
     Financial Litigation Unit/DAH
     400 North Tampa Street, Suite 3200
     Tampa, Florida  33602
     Telephone:   (813) 274-6025
     Facsimile:   (813) 274-6247
     E-mail:      FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 15, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

>Richard Harris
>Tampa, Florida 33612

>s/ Suzanne C. Nebesky
>Assistant United States Attorney